

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON GERDES,<br>ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>- against-<br><br>WELTMAN, WEINBERG & REIS CO., LPA,<br><br>Defendants. | No. 2:17-6967-ES-CLW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the parties through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice against all Defendants and without costs to any party as against any other party.

Dated:  Brooklyn, New York
        January 19, 2018

Law Office of Simon Goldenberg, PLLC

By:   /s/ Simon Goldenberg
      Simon Goldenberg, Esq.
      818 East 16th Street
      Brooklyn, NY 11230
      P: 347-640-4357
*Counsel for Plaintiff Jason Gerdes*

Dated:  Philadelphia, Pennsylvania
        January 19, 2018

Fineman Krekstein & Harris, P.C.

By: /s/ Graeme Hogan
    Graeme Hogan, Esq.
    Ten Penn Center
    1801 Market Street, Suite 1100
    Philadelphia, PA 19103
    P: 215-893-9300
*Counsel for Defendant Weltman, Weinberg & Reis, Co., LPA*

So Ordered
[signature], USDJ
1/22/18

-1-